14th Court of Appeals

Re: Edward R. Newsome T.D.C# 437698

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAY 04 2015

CHRISTOPHER A. PRINE
CLERK

Case# 14-14-00119-CV
Trial Case# 2012-24410

Amended Motion to File Writ of Prohibition

To the Honorable Judge of said court:

The Relator Edward R. Newsome Argue and offer to Evidence an Objection Against the Clerk Christopher A. Prine denying Mandamus Relief was Abuse of discretion See Motion to Extend time For Reconsideration Rule 10.56 And Motion For Rehearing Against Mandamus Relief to be set Aside the Partial Summary Judgment and temporary Restraining order of the trial court from issuing subsequent order of the same nature and an injunction to Prevent from continuing to Ask For such Relief before other courts of this state And to issue this contempt For continuing effort to Block Collection of the Judgment through exParte Proceeding in this court see Mandamus Re 2-58 Court of Appeals may issue Writ of Mandamus to enforce its Jurisdiction and to Prevent trial court from interfering with its Judgment see Tex. Gov't Code # 22.221(a), Rule 51.1(a)(6), Rule 51.2(a)6 see Also Mandamus Re 2-4(4) when Appellate court has once determined validity of injunctive Relief by interlocutory Appeal, and attempt By the trial court to interfere with that determination By subsequent inconsistent order is ReviewAble By Mandamus And need not wait further Appeal see Prohibition Re 2-(9) an writ of Prohibition is used to Protect unlawful interference with enforcement of superior courts

I

Order and Judgement, Prohibiting Key-(1) Preventing interference with high courts in deciding Pending Appeal, Preventing interior court from entertaining suits which will relitigate controversies which have already been settle by using courts, and prohibiting, trial courts action when it affirmative Appear that court lack Jurisdiction, Prohibition Key-(7) issue one Purpose for which writ of Prohibition May be used is to Prevent court from exercising Jurisdiction which it has no lawful Right to exercise and Injunction Key-26(1) Anti-suit is Appropriate to Address threat to courts Jurisdiction, to Prevent evasion of important Public Policy, to Prevent Multiplicity of Suits or to Protect Party from Vexations or Harrassing Litigation, on Request to Reverse and Remand For Further Proceeding See Rule 51.1(a)(6), Rule 51.2(a)(6) for Relief.  4-29-2015
Date

Edward R. Newsome
Relator Signature

## Certificate of Service Rule 9.5

The Relator Edward R. Newsome verify the statement made in this Amended Affidavit of Inability to Pay court costs And Initial Filing fees without Prepayment of fees to File Motion to File writ of Prohibition is true and correct under the Penalty of Perjury See 28 U.S.C. § 1746 For Purpose of Mailbox Rule 4(c)1, 2, 3, (d) For the original And copies of Records in Rule 9.3(a)(6), Rule 34.5(c)(1), Rule 34.6(a)(4), Rule 35.1(c), Rule 35.3(b)(3), Rule 37.3(a) Rule 52.3, Rule 52.7 For service in Local Rule 10, 11, 12(c) And Benefits.

4-29-2015
Date

Edward R. Newsome
Relator Signature

2